1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   JUSTIN WASHBURNE
3  Assistant United States Attorneys
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702.388.6378
5  Justin.Washburne@usdoj.gov
   *Attorneys for the United States*

6

                    **UNITED STATES DISTRICT COURT**
7                      **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              Case No. 2:23-mj-00614-EJY

9            Plaintiff,                   [Proposed] **Order on Stipulation to**
                                          **Extend Deadlines to Conduct Preliminary**
10       v.                               **Hearing and File Indictment**

11 GERARDO SANCHEZ-FLORES,
        aka "Florencio Sanchez,"
12      aka "Florencio Sanchez-Flores,"
        aka "Gerardo Flores,"
13      aka "Gerardo Sanchez,"

14           Defendant.

15

16        Based on the stipulation of counsel, good cause appearing, and the best interest of

17 justice being served; the time requested by this stipulation being excludable in computing

18 the time within which the defendant must be indicted and the trial herein must commence

19 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of

20 Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

21        IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled

22 on July 20, 2023 at the hour of 4:00 p.m., be vacated and continued to September 26, 2023

23 at the hour of 4:00 p.m. in Courtroom 3A.

24        Dated this 13th day of July, 2023.

                                          _____
                                          ELAYNA J. YOUCHAH
                                          U.S. MAGISTRATE JUDGE