UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GERARDO SANCHEZ-FLORES,<br>    aka "Florencio Sanchez,"<br>    aka "Florencio Sanchez-Flores,"<br>    aka "Gerardo Flores,"<br>    aka "Gerardo Sanchez,"<br><br>    Defendant. | Case No. 2:23-mj-00614-EJY<br><br>**Order Directing Probation to Prepare a Criminal History Report** [Proposed] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this  13th  day of July, 2023.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3