UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERARDO SANCHEZ-FLORES,<br><br>　　　　Defendant. | Case No. 2:23-mj-00614-EJY<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing, IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 26, 2023 at the hour of 4:00 p.m., be vacated and continued to October 26, 2023 at the hour of 4:00 p.m. in Courtroom 3D.

　　　DATED this 23rd day of August, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3